## MISCELLANEOUS CASE COVER SHEET

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| AVIS BUDGET GROUP, INC. | MATTHEW HALBOWER, PENTWATER CAPITAL MANAGEMENT LP, et al. |
| **Attorney's (Firm Name, Address, and Telephone Number)** White & Case LLP, 1221 Avenue of the Americas, New York, NY 10021; (212) 819-8200 | **Attorneys (If Known)** Milbank LLP, 55 Hudson Yards, New York, NY 10011; (212) 530-5000 |

**DESCRIPTION OF CASE**
Action to recover short-swing profits under 15 U.S.C. § 78p(b).

**Has this or a similar case been previously filed in SDNY ?**

No? [✓]  Yes? [ ]    Judge Previously Assigned _____

If yes, was this case: Vol. [ ]   Invol. [ ]   Dismissed.  No [ ]   Yes [ ]

If yes, give date: _____  & Case No. _____

**NATURE OF CASE**

- [ ] M 08-85 Motion to Compel
- [ ] M 08-85 Motion to Quash
- [ ] M 08-86 Internet Infringement
- [ ] M 08-88 Surety Companies
- [ ] M 08-425 Sureties Proceedings
- [ ] M 11-03 SEC Litigation to Freeze Account
- [ ] M 11-188 GJ Subpoenas - Unsealed
- [ ] M 11-189 GJ Subpoenas - Sealed
- [ ] M 16-88 Sale of Unclaimed Seamen's Effects
- [ ] M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
- [ ] M 18-302 Registration of a Judgment from Another District
- [ ] M 18-304 Administrative Subpoena Proceedings
- [ ] M 18-305 Registration of Student Loan Judgment
- [ ] M 18-981 Nonjudicial Civil Forfeiture Proceeding
- [ ] M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
- [ ] M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
- [ ] M 19-63 Receivers - Property in Other Districts
- [ ] M 19-78 Denial to Sue In Forma Pauperis
- [ ] M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
- [ ] M 22-2 Designation of individual to issue certified copies in bankruptcy part
- [ ] M 23 Petition to Perpetuate Testimony
- [ ] M 25-1 Order for Entry to Effect Levy - IRS Matter
- [ ] M 25-2 Permission to have access to safe deposit boxes
- [ ] M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union
- [ ] M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
- [ ] M 28 Warrant for Entry & Inspection of Premises
- [ ] M 29 Privacy Act Application
- [ ] M 30 Privacy Act Application
- [ ] M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
- [ ] M 32 Petition for Writ to Produce Federal Prisoner in State Court
- [ ] M 33 Inspection Warrant - Department of Energy
- [ ] M 34 Order of Another District Court that the State Court Produce
- [ ] M 35 Order to Stay Transfer of Federal Prisoner
- [ ] M 36 National Labor Relations Board
- [ ] M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
- [ ] M 38 Application for Reassignment of Bankruptcy Proceeding
- [ ] M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
- [ ] M 41 Order of Return of 28:2254/2255 Petition

- [ ] M 42 Order Denying Stay of Deportation
- [ ] M 43 Contempt of Court in Bankruptcy
- [ ] M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
- [ ] M 46 Order from Another District for Public Viewing
- [ ] M 47 Bankruptcy Cases - Before Appeal Filed
- [ ] M 47B Transmission of Proposed Findings of Fact and Conclusions of Law
- [ ] M 48 Application for Appointment of Counsel - No Case in This Court
- [ ] M 49 Order Denying Commencement of Civil Action
- [ ] M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
- [ ] M 52 Application for Leave to File a Complaint
- [ ] M 53 Order Barring Individual from Entering Courthouse Building
- [ ] M 54 Immigration Naturalization - Order Delaying Deportation
- [ ] M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
- [ ] M 58 Application for Extension of Time to File Petition for Removal
- [ ] M 59 Application to Produce Federal Prisoner in State Court
- [ ] M 67 Notice of Eviction to Squatters (USA Cases)
- [ ] M 71 Application re: Federal Rules Cr. 11(e)(2)
- [ ] M 72 Order of Attachment of Another District – EDNY
- [ ] M 73 Subpoena to Government Agency
- [ ] M 75 Application for Writ of Garnishment
- [ ] M 76 Central Violations Bureau
- [ ] M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
- [ ] M 90 Order of Attachment
- [ ] M 93 Letters Rogatory _____
- [ ] M 94 Other _____
- [✓] M 98 Application to file a civil case under seal.
- [ ] M 100 Motion to Unseal – Criminal Duty Matter
- [ ] M 101 Motion to Unseal – Criminal
- [ ] M 102 Motion to Unseal – Civil

**DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:**

**JUDGE**_____MISCELLANEOUS CASE NUMBER_____

NOTE:  Please submit at the time of filing an explanation of why cases are deemed related

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

Plaintiff Avis Budget Group, Inc. has a principal place of business at 379 Interpace Parkway, Parsippany, Morris County, New Jersey 07054.

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

Defendant Matthew Halbower resides at 6635 Ridge Road, Pentwater, Oceana County, Michigan 49449. Defendants Pentwater Capital Management LP, Crown Managed Accounts SPC acting for and on behalf of Crown/PW Segregated Portfolio, LMA SPC for and on behalf of the MAP 98 Segregated Portfolio, Oceana Master Fund Ltd., Oceana Fund LLC, Pentwater Credit Master Fund Ltd., Pentwater Credit Fund LLC, Pentwater Equity Opportunities Master Fund Ltd., Pentwater Equity Opportunities Fund LLC, Pentwater Merger Arbitrage Master Fund Ltd., Pentwater Merger Arbitrage Fund LLC, Pentwater Event Fund LLC, PWCM Master Fund Ltd., and Pentwater Unconstrained Fund LLC have a principal place of business at 1001 10th Avenue South, Unit 216, Naples, Collier County, Florida 34102.  Defendant Dockside Fund I LP has a principal place of business at 120 Fifth Avenue, 11th Floor, New York, New York County, New York 10011.  Defendants Oceana Fund Ltd., Pentwater Credit Fund Ltd., Pentwater Equity Opportunities Fund Ltd., Pentwater Event Fund Ltd., Pentwater Unconstrained Master Fund Ltd., and Pentwater Unconstrained Fund Ltd. have a principal place of business at C/O Walkers Corporate Limited, 190 Elgin Ave, George Town, Grand Cayman KY 1-9008. Defendant Pentwater Merger Arbitrage Fund Ltd. has a principal place of business at C/O Walkers Corporate Services, George Town, Grand Cayman, KY 1-9001.

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Defendant Investment Opportunities SPC for the Account of Investment Opportunities 3 Segregated Portfolio.

**CHECK ONE:** AT LEAST ONE PARTY IS PRO SE   **No** ✓   **Yes** ☐

**CHECK ONE:** THIS ACTION SHOULD BE ASSIGNED TO   **WHITE PLAINS** ☐   **MANHATTAN** ✓

| **SIGNATURE OF ATTORNEY OF RECORD** | **ADMITTED TO PRACTICE IN THIS DISTRICT** |
|---|---|
| */s/ Glenn M. Kurtz* | ☐ U.S. GOVERNMENT ATTORNEY |
| | ☐ NO |
| RECEIPT # | ✓ YES (DATE ADMITTED (MM/YY) 01/90 ) |
| Tammi M. Hellwig, Clerk of Court, _____ | ATTORNEY BAR CODE # 2321966 |
| Dated: _____ | Dated: 06/16/2026 |